# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DOUGLAS M. LEINEN,** | |
| **Plaintiff,** | **8:24CV171** |
| **vs.** | **ORDER** |
| **MENARD, INC., a foreign corporation;** | |
| **Defendant.** | |

Upon notice of settlement given to the undersigned magistrate judge by counsel for the parties,

**IT IS ORDERED:**

1. On or before **September 2, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 31st day of July, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge