IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOUGLAS M. LEINEN,<br><br>     Plaintiff,<br><br> vs.<br><br>MENARD, INC., a foreign corporation,<br><br>     Defendant. | **8:24CV171**<br><br>**ORDER ON STIPULATED MOTION<br>FOR DISMISSAL** |

This case is before the Court on the parties' Stipulated Motion for Dismissal signed by counsel for all parties. Filing 31. The parties stipulate that this case has been settled and that they jointly request that this lawsuit be dismissed with prejudice, with each party to pay its own costs. Filing 31 at 1. Accordingly,

IT IS ORDERED that the parties' Stipulated Motion for Dismissal, Filing 31, is granted, and this case is dismissed with prejudice, with each party to bear its own costs.

Dated this 29th day of September, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge